IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE LOPEZ,** : | |
| : | **Civ. No. 1:15-cv-1139** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **Judge Rambo** |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | **Magistrate Judge Cohn** |
| : | |
| **Defendant.** : | |

# **M E M O R A N D U M**

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Plaintiff Janice Lopez's appeal from the denial of her disability social security claim be denied. No objections have been filed.

The magistrate judge thoroughly reviewed the administrate law judge's five step evaluation process to determine if a person is eligible for disability benefits. *See* 20 CFR § 404.1520. The magistrate judge opined that the administrate law judge's findings were supported by substantial evidence.

A review by the undersigned affirms the magistrate judge's recommendation. The report and recommendation will be adopted.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: September 7, 2016