IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE LOPEZ,** : | |
| : | **Civ. No. 1:15-cv-1139** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **Judge Rambo** |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | **Magistrate Judge Cohn** |
| : | |
| **Defendant.** : | |

# **O R D E R**

**AND NOW**, this 7th day of September, 2016, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 16) is **ADOPTED**;

2) Plaintiff's appeal is **DENIED**;

3) The clerk of court shall close this case.

                                                                                     s/Sylvia H. Rambo
                                                                                     SYLVIA H. RAMBO
                                                                                     United States District Judge

Dated: September 7, 2016